## CLOUD V. MERRIMAC MFG. CO.

*Assumpsit.*
(Decided Jan. 30th, 1906. 40 So. Rep. 1037.)

APPEAL from Madison Circuit Court.

Heard before HON. D. W. SPEAKE.

No counsel marked for either party.

Per curian.—Appeal dismissed for want of prosecution.